IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          Case No.  4:14-cr-00167 KGB

CORDORA WILLIAMS                                                      DEFENDANT

## ORDER

Pending is the government's motion for revocation of defendant Cordora Williams's supervised release and for issuance of a summons for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 18).

The request for issuance of a summons is granted. The Clerk is directed to issue a summons for Mr. Williams to appear before this Court on Tuesday, March 1, 2016, at 10:00 a.m. in Courtroom #4C.

Kim Driggers of the Federal Public Defender's Office is appointed as counsel for Mr. Williams.

It is so ordered this 11th day of February, 2016.

_____
Kristine G. Baker
United States District Judge